IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY EMANUEL MANUEL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 10-2690 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **14th** day of **September**, **2010**, upon consideration of Defendant City of Philadelphia's Motion to Dismiss, Plaintiff's response thereto, and for the reasons stated in the Memorandum dated September 14, 2010, it is hereby **ORDERED** that:

1. Defendant City of Philadelphia's Motion to Dismiss (Document No. 3) is **GRANTED.**

2. Plaintiff's Complaint against Defendant City of Philadelphia is **DISMISSED**.


BY THE COURT:

_____
**Berle M. Schiller, J.**